

VIA ECF                                                              March 19, 2018
The Honorable William H. Pauley III
United States District Judge
United States District Court
500 Pearl Street, Room 1920
New York, New York 1007

**MEMO ENDORSED**

**Re:** *Color of Change, et al. v. Department of Homeland Security*, **16-cv-08215 (WHP)**

Dear Judge Pauley:

    The Court's Scheduling Order of February 9, 2018 called for Plaintiffs to file their opening brief for summary judgment in the above-captioned matter on March 16, 2017.  Per the Court's request, I write to confirm that Plaintiffs will file their motion today, March 19, 2018, with the consent of Defendant and the Court, because unforeseeable technical problems on March 15 and 16th precluded Plaintiffs from filing in a timely fashion.
.

                                        Sincerely,

                                        OMAR FARAH
                                        Center for Constitutional Rights
                                        666 Broadway, 7th Floor
                                        New York, NY 10012
                                        Tel.: (212) 614-6485
                                        ofarah@ccrjustice.org

**CC:**   Avidan Cover (via ECF)
           Tomoko Onozawa (via ECF)
           Jennifer Jude (via ECF)

Application granted.

                Dated: March 19, 2018                SO ORDERED:
                       New York, New York

                                                                   WILLIAM H. PAULEY III
                                                                   U.S.D.J.

666 broadway, 7 fl, new york, ny 10012
t 212 614 6464  f 212 614 6499  www.CCRjustice.org